JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NAIL, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>CARS.COM, LLC, a Illinois corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 8:18-cv-00930-JLS (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Complaint Filed:   April 17, 2018<br>Final Pretrial Conf.:  July 26, 2019<br>Trial Date:          To Be Set |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice |
| 3 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, |
| 4 | it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY |
| 5 | WITH PREJUDICE. Each party will bear its owns fees and costs. |
| 6 | **IT IS SO ORDERED.** |

Date: March 25, 2019

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Judge